**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JULIE DAVIS,

Plaintiff,

-against-

23 **CIVIL** 10606 (NSR)

**JUDGMENT**

RALPH THOMAS CASTALDO and DANIELLE CASTALDO,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 19, 2026, Plaintiff's motion for summary judgment is GRANTED and Defendants' motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

October 22, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** ______________________

**Deputy Clerk**